BRIAN J. STRETCH (CABN 163973)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

HARTLEY M. K. WEST (CABN 191609)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6747
    FAX: (415) 436-7234
    Hartley.west@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 14-374-2 WHA |
|     Plaintiff, | NOTICE OF DISMISSAL |
|   v. | |
| STEPHEN HEDLEY, | |
|     Defendant. | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the Superseding Indictment with prejudice as to defendant Stephen Hedley.

DATED: April 6, 2016                                      Respectfully submitted,

                                                                BRIAN J. STRETCH
                                                                United States Attorney

                                                                /s/

                                                               DAVID R. CALLAWAY
                                                               Chief, Criminal Division

NOTICE OF DISMISSAL (CR 14-374-2 WHA)

1   Leave is granted to the government to dismiss the Superseding Indictment as to defendant
2   Stephen Hedley.

4   Date: April 7, 2016.

HON. WILLIAM H. ALSUP
United States District Judge

NOTICE OF DISMISSAL (CR 14-374-2 WHA)