Miles Ehrlich (Cal. Bar No. 237954)
miles@ramsey-ehrlich.com
Katharine A. Kates (Cal. Bar No. 155534)
katharine@ramsey-ehrlich.com
RAMSEY & EHRLICH LLP
803 Hearst Avenue
Berkeley, CA 94710
Telephone: (510) 548-3600
Fax: (510) 291-3060

*Attorneys for Defendant Stephen Hedley*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> HEDLEY'S HUMPERS, LTD., AND STEPHEN HEDLEY, <br><br> Defendants. | Case No.: CR-14-00374 WHA <br><br> **[PROPOSED]** ORDER DIRECTING THE CLERK'S OFFICE TO RETURN $200,000 IN BAIL FUNDS <br><br> Court: The Honorable William H. Alsup |

In light of this Court's dismissal of the Superseding Indictment with prejudice as to defendant Stephen Hedley (Dkt. No. 37), Mr. Hedley requests that the Court direct the Clerk's Office to disburse and return $200,000 in bail funds to Mr. Hedley, through his counsel, Miles Ehrlich or Katharine Kates.

- 2 -

Dated: April 7, 2016

Respectfully Submitted,

RAMSEY & EHRLICH LLP

//s//

MILES EHRLICH
KATHARINE KATES
*Attorneys for Defendant Stephen Hedley*

GOOD CAUSE HAVING BEEN SHOWN, the Court HEREBY ORDERS that the Clerk's Office disburse and return $200,000 in bail funds to Stephen Hedley, through his counsel, Miles Ehrlich or Katharine Kates.

IT IS SO ORDERED.

Dated: April 7, 2016.

_____
WILLIAM ALSUP
United States District Judge