1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   DAVID R. CALLAWAY (CABN 121782)
3  Chief, Criminal Division

4  HARTLEY M. K. WEST (CABN 191609)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-6747
7      FAX: (415) 436-7234
       Hartley.west@usdoj.gov
8
   Attorneys for United States of America
9
                        UNITED STATES DISTRICT COURT
10
                       NORTHERN DISTRICT OF CALIFORNIA
11
                            SAN FRANCISCO DIVISION
12

13
   UNITED STATES OF AMERICA,              )  CASE NO. CR 14-374-2 WHA
14                                         )
           Plaintiff,                      )  NOTICE OF DISMISSAL
15                                         )
       v.                                  )
16                                         )
   STEPHEN HEDLEY,                         )
17                                         )
           Defendant.                      )
18 _____)

19     With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United

20 States Attorney for the Northern District of California dismisses the Indictment with prejudice as to

21 defendant Stephen Hedley.

22

23 DATED:  April 28, 2016                      Respectfully submitted,

24                                             BRIAN J. STRETCH
                                               United States Attorney
25
                                                   /s/
26
                                               DAVID R. CALLAWAY
27                                             Chief, Criminal Division

28

   NOTICE OF DISMISSAL (CR 14-374-2 WHA)

1     Leave is granted to the government to dismiss the Indictment as to defendant Stephen Hedley.

3   Date: April 29, 2016.

                                         HON. WILLIAM H. ALSUP
                                         United States District Judge